AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

NINA SHAHIN
_____
Plaintiff

STATE OF DELAWARE
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 0 7 - 3 7 3

I, ____Nina Shahin_____ declare that I am the (check appropriate box)

(●) Petitioner/Plaintiff/Movant      ● ● Other

FILED
JUN 12 2007
[signature]
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury: n/a

1. Are you currently incarcerated?     ● ●Yes     ● ●No     (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required)**: _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?     ● ●Yes     (●) No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *see separate stmt*

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ● ● Yes     (●) No
   b. Rent payments, interest or dividends              ● ● Yes     (●) No
   c. Pensions, annuities or life insurance payments    ● ● Yes     (●) No
   d. Disability or workers compensation payments       ● ● Yes     (●) No
   e. Gifts or inheritances                             ● ● Yes     (●) No
   f. Any other sources                                 ● ● Yes     (●) No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • Yes  ⊙ No

   *Not in my name only but jointly with my husband who is employed*

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  • Yes  ⊙ No

   *Not in my name but in the name of the Trust with my husband with our kids as co-trustees*

   If "Yes" describe the property and state its value.

   *No property but credit card debt of approximately of √ 20,000*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   *None*

I declare under penalty of perjury that the above information is true and correct.

6/11/2007
DATE

SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • Yes  ⊙ No

   Not in my name only but jointly with my husband who is employed

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  • Yes  ⊙ No

   Not in my name but in the name of the trust with my husband with our kids as co-trustees

   If "Yes" describe the property and state its value.

   No property but credit card debt of approximately of √ 20,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

6/11/2007
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## SEPARATE STATEMENT TO THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

2.(b)  The last time the Plaintiff was employed was September 2005 by the Harvard Business Services, Inc, at the address: 16192 Coastal Highway, Lewes, DE 19958 with the salary at the time of resignation of $ 64,000 annually which was increased at approximately halfway through her employment of 9 months from $ 50,000.

