IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-373-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 21st day of June, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge


FILED
JUN 2 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE