*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

June 17, 2007

**U.S. District Court**
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

**Attn.: Clerk of the Court**

**RE:    Case 07CV373 GMS**

Dear Clerk of the Court:

With reference to the above-mentioned case please find attached a copy of the Form 85 duly signed. Please note that the case was filed under U.S.C.A. § 1331 that gives the district court "original jurisdiction of all civil actions arising under the **Constitution**, laws or treaties of the United States".

I would like to make it very clear that I do object to referring this case to the United States Magistrate Judge.

Sincerely,

*[signature]*
**Nina Shahin**

**Attachment:    Form 86 duly signed**

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 cv 373 Gms

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

____6-13-07____   ____N. Shahin____
(Date forms issued)   (Signature of Party or their Representative)

____Nina Shahin____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

※ Please sign & return to the Clerk's office