*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

October 12, 2007

**U.S. District Court**
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

FILED
OCT 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Attn.: Honorable Chief Judge Gregory M. Sleet**

RE:   Case No. 1:07-cv-373 (Nina Shahin v. State of Delaware)

Your Honor:

I am writing my third and the last letter to you with attachments that are to be added to my original complaint. In addition to those documents I would like to note the following in relation to the cases that are still in DE Courts:

1. Hearing on my Motion for access to the tape of hearing of January 17, 2007 was held on September 21, 2007 at the Superior Court, as scheduled. In spite of all the limitations the judge imposed on me in the courtroom and his attempts to lecture me as if I were an idiot I was able to prove that the transcript had been falsified. With *ex parte* communications of the judge with the Defendant and the violation of the rule on witnesses, the falsification of the transcript was a clear evidence of the collusion of the judge with the Defendant and I pointed that squarely to the presiding judge. Until today I do not have the decision of the judge on whether my Motion has been granted or denied.

2. I am attaching a copy of my opening Brief as Attachment No. 1 and Exhibits to that brief as the Attachment No. 2 in case No. 93, 2007 at the Supreme Court of Delaware as the last attachments to my original complaint.

3. Yesterday I received the Attorney's 'Motion to Affirm' which is a "speed ticket" for the court to dismiss my Complaint when the Defendant cannot confront the facts and the legal issues presented in my Opening Brief.

I already know what kind of decisions are coming and will have to weigh carefully all my options with my husband because we started to doubt your impartiality in view of the fact that you came to the judge's position in Federal Court from a position of state prosecutor with the Delaware Department of Justice which is facing me as a Respondent in all my lawsuits filed in your Court.

Sincerely,

*N. Shahin*

**Nina Shahin, CPA**

<u>Attachments:</u> 1. Copy of my Opening Brief in case No. 93, 2007 with the Supreme Court of DE
2. Copy of the Exhibits to the above-mentioned case
3. Copy of the Attorney's 'Motion to Affirm'