FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904* OCT 26  PM 2: 46
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
**E-mail: nshahin@comcast.net**

October 25, 2007

**U.S. District Court**
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

**Attn.: Honorable Chief Judge Gregory M. Sleet**

**RE:    Case No. 1:07-cv-373 (Nina Shahin v. State of Delaware)**

Your Honor:

Although I thought I wrote to you my third and final letter, the latest developments force me to write to you again.   It appears that after I filed a lawsuit against the state of Delaware in June of 2007 the state retaliated against my husband in July of 2007 by starting illegal deductions from his salary (see the attached copy of my husband's letter to the state).   This fact brought him to realization that you do not keep your high moral standards against mafia that does not have any standards moral or otherwise.

Sincerely,

**Nina Shahin, CPA**

                              **Attachment:**  Copy of Mazen Shahin's letter to the State benefits
                                                      Office of 10/25/2007



# DELAWARE STATE UNIVERSITY

DEPARTMENT OF MATHEMATICS

October 25, 2007

Office of Management and Budget
Statewide Benefits
Duncan Center
500 W. Lockerman St., Suite 320
Dover, DE 19904

**Attn.: Dianna Stotler**

Dear Ms Stotler:

I have detected unauthorized deductions from my paycheck in the "after tax" section related to my insurance policies and would like to request corrections and restitutions for the amounts deducted as well as explanations of the reasons of such deductions:

1. **Term Life Insurance from Minnesota Life**

   My current salary for 2007-2008 academic year is $74,657. My death benefits per terms of my policy should be $ 80,000 with $14.77 of bi-weekly premium (see a copy of my GUL Certificate Specification Page as **Attachment # 1**). Yet for unknown reasons in August of this year my salary reported by the State of Delaware to the Minnesota Life was $145,490 which increased my unnecessary coverage to $150,000 with bi-weekly premiums of $27.69 (see a copy of the GUL Certification Page as **Attachment # 2**). So far the difference of $12.92 per pay for 5 pay periods made a difference of $64.60 deducted from my paycheck unnecessarily and without proper authorization. I would like to request an immediate refund of the extra money taken from my paychecks as a result of this mistake. I would like also to get some written explanations of why and how this mistake had occurred.

2. **Long-Term Insurance from John Hancock**

   In accordance with my policy at the time of my official application my premiums are supposed to be $181.80 per month (see a copy of the Coverage Letter to my Certificate of Insurance as the **Attachment # 3**). In June of 2007 I received a letter from the company informing me that my daily benefits with the option that I have chosen (increased benefit) had increased with no increase in premiums (see a copy of the letter as the **Attachment # 4**). Yet, my premiums went up starting from the paycheck on 07/20/2007 from $83.90 per pay period to $$90.50 per pay period, i.e. the increase of $6.60 per pay period. On 10/24/2007 I called John Hancock and found out that although my premiums were deducted in the increased amount the old amount of $ 83.90 per pay period was

forwarded to John Hancock leaving $6.60 unaccounted for, i.e. $46.20 for 8 pay periods. I need explanations of what is going on and where my money is directed without my authorization, consent, and knowledge. I request that you stop deducting extra money for my long-term insurance and reduce the deduction to the required $83.90 per pay period in accordance with my contract with John Hancock and refund unlawfully deducted amounts for all 8 periods.

Your prompt actions and written response is greatly appreciated.

Sincerely,

Mazen Shahin, Ph.D.
Professor, Department of Mathematics
Director of HBCU-UP, AMP, Bridge to the Doctorate, GEMS and U-DREAM programs
Delaware State University
1200 N. DuPont Highway
Dover, DE 19901

**Attachments:** ## 1-4 as mentioned above

## MINNESOTA LIFE

**GUL CERTIFICATE SPECIFICATIONS PAGE**

Minnesota Life Insurance Company  •  400 Robert Street North  •  St. Paul, Minnesota 55101-2098

**Policyholder:** STATE OF DELAWARE BY AND THROUGH THE STATE EMPLOYEES BENEFITS COMMITTEE
**Sponsor:** STATE OF DELAWARE

**Group Policy Number:  0050166  000000**    \*\*   Original Certificate Effective Date: 01-01-2003
Certificate Revision Date:10-01-2007
Policy Anniversary Date: 01-01-2008

MAZEN M SHAHIN
103 SHINNECOCK ROAD
DOVER  DE 19904

**Insured:** MAZEN M SHAHIN
**Owner:** MAZEN M SHAHIN

This certificate specifications page (and attached certificate, if applicable) replaces any and all specifications pages and/or certificates previously issued to you under the group policy. Any increase in insurance that requires evidence of insurability will be subject to the incontestability provision of the group policy.

**INSURANCE INFORMATION**

| | | |
|---|---|---|
| \*\* | **Owner Paid Face Amount of Insurance:** | $ 80,000 |
| | **Death Benefit Option:** | Increasing Death Benefit |
| | **Nicotine/Tobacco User Status:** | N/A |
| \*\* | **Owner Scheduled Premium:** | $ 14.77 Bi-Weekly |
| | **Monthly Deduction Date:** | Last day of the month |
| | **Issue Age:** | 59 |
| | **Identification Number:** | 953843000000 |
| | **Percentage-of-Premium Charge:** | 3% |
| | **Administration Fee:** | $ 0 |
| | **Withdrawal Fee:** | $ 10.00    per withdrawal |

**ADDITIONAL BENEFITS (as provided by attached certificate supplements)**

| Description | Benefit Amount | Premium Payable* |
|---|---|---|
| ACCIDENTAL DEATH AND DISMEMBERMENT | | |
| OWNER PAID | $80,000 | $1.55 |
| ACCELERATED DEATH BENEFIT | N/A | N/A |

*The monthly cost for Additional Benefits will be charged to your account when due.
**Indicates a change was made.

**Minnesota Life Insurance Company is a subsidiary of Minnesota Mutual Companies, Inc., a mutual insurance holding company. You are a member of Minnesota Mutual Companies, Inc., which holds its annual meetings on the first Tuesday in March of each year at 3 p.m. local time. The meetings are held at 400 Robert Street North, St. Paul, Minnesota 55101-2098.**

# MINNESOTA LIFE

**GUL CERTIFICATE SPECIFICATIONS PAGE**

Minnesota Life Insurance Company  •  400 Robert Street North  •  St. Paul, Minnesota 55101-2098

**Policyholder:**  STATE OF DELAWARE BY AND THROUGH THE STATE EMPLOYEES BENEFITS COMMITTEE
**Sponsor:**  STATE OF DELAWARE
**Group Policy Number:  0050166  000000**        **  Original Certificate Effective Date: 01-01-2003
                                                                      Certificate Revision Date:08-01-2007
                                                                      Policy Anniversary Date: 01-01-2008

        MAZEN M SHAHIN
        103 SHINNECOCK ROAD
        DOVER  DE 19904

**Insured:**  MAZEN M SHAHIN
**Owner:**  MAZEN M SHAHIN

This certificate specifications page (and attached certificate, if applicable) replaces any and all specifications
pages and/or certificates previously issued to you under the group policy.  Any increase in insurance that requires
evidence of insurability will be subject to the incontestability provision of the group policy.
**INSURANCE INFORMATION**

| | |
|---|---|
| **  **Owner Paid Face Amount of Insurance:** | $ 150,000 |
| **Death Benefit Option:** | Increasing Death Benefit |
| **Nicotine/Tobacco User Status:** | N/A |
| **  **Owner Scheduled Premium:** | $ 27.69  Bi-Weekly |
| **Monthly Deduction Date:** | Last day of the month |
| **Issue Age:** | 59 |
| **Identification Number:** | 953843000000 |
| **Percentage-of-Premium Charge:** | 3% |
| **Administration Fee:** | $ 0 |
| **Withdrawal Fee:** | $ 10.00        per withdrawal |

**ADDITIONAL BENEFITS (as provided by attached certificate supplements)**

| Description | Benefit Amount | Premium Payable* |
|---|---|---|
| ACCIDENTAL DEATH AND DISMEMBERMENT | | |
| OWNER PAID | $150,000 | $2.91 |
| ACCELERATED DEATH BENEFIT | N/A | N/A |

*The monthly cost for Additional Benefits will be charged to your account when due.
**Indicates a change was made.
**Minnesota Life Insurance Company is a subsidiary of Minnesota Mutual Companies, Inc., a mutual insurance
holding company.  You are a member of Minnesota Mutual Companies, Inc., which holds its annual meetings on
the first Tuesday in March of each year at 3 p.m. local time.  The meetings are held at 400 Robert Street North, St.
Paul, Minnesota 55101-2098.**

*John Hancock.*

John Hancock Life Insurance Company
Group Long-Term Care
P.O. Box 111, B-6
Boston, MA 02117-0111

November 28, 2006

A100-000041
Mr. Mazen M. Shahin
103 Shinnecock Road
Dover, DE 19904

---

**IMPORTANT INFORMATION ABOUT YOUR**
**GROUP LONG-TERM CARE INSURANCE COVERAGE**

Insured Person:    Mazen M. Shahin

Group number:       0000390
Toll-free number:   1-800-432-9724
    TTY number:        1-800-255-1808
    Outside US number: (617) 886-8713



**IMPORTANT NUMBERS TO HAVE ON HAND WHEN**
**YOU NEED INFORMATION ABOUT YOUR**
**GROUP LONG-TERM CARE INSURANCE COVERAGE**

---

Dear Mr. Mazen M. Shahin :

Thank you for applying for the State of Delaware Group Long-Term Care Insurance Plan. We appreciate your interest in this new benefit and are pleased to let you know your application is approved. Here is some important information about your coverage.

**Coverage Effective Date**
Your coverage is scheduled to become effective on December 1, 2006. In certain situations your coverage may not take effect or may take effect on a later date. Please refer to the "Effective Date Postponement" provision in the "General Provisions" section of your certificate.

**Premium Information**
Your premium is based on an issue age of 59. Your monthly premium is $181.80 and your premiums will be deducted from your paycheck.

**About Your Coverage**
Your Schedule of Benefits and Certificate of Insurance are enclosed. If you have any questions about your coverage, please call the John Hancock Customer Service Center at 1-800-432-9724; TTY for the hearing impaired 1-800-255-1808. Our service consultants are available Monday through Friday, 8:30 a.m. to 6:30 p.m. Eastern Time (except for company observed holidays) and would be happy to discuss any aspect of your coverage.

Thanks again for enrolling in the State of Delaware Group Long-Term Care Insurance Plan.

Sincerely,

*Carmela Tobey*

Carmela Tobey
Manager, Customer Service Department

Enclosures

John Hancock Life Insurance Company
Group Long-Term Care
Post Office Box 111, B-6
Boston, Massachusetts 02117-0111

*John Hancock.*

June 4, 2007

C900-001309
Mr. Mazen M. Shahin
103 Shinnecock Rd.
Dover, DE  19904-9446

Group Number: 0000390

Re:  Group LongTerm Care Insurance

Dear Mr. Mazen M. Shahin :

Thank you for participating in the Group LongTerm Care Insurance Plan provided by State of Delaware and choosing the Automatic Benefit Increase (ABI) option.

In accordance with the provisions of your Certificate of Insurance, effective July 1, 2007 you now have a $157.50 Daily Maximum Benefit for Nursing Home Care and a $118.12 Daily Maximum Benefit for Home Health Care.  This increase in benefits is intended to protect you against the rising costs of health care.  Although your benefits will increase automatically, your premiums will remain the same.

If you have any questions or would like an enrollment brochure for another eligible family member, please call the John Hancock Customer Service Center at 1-800-432-9724. We are available Monday through Friday, 8:30 a.m. to 6:30 p.m. Eastern Time, except for company observed holidays.

Sincerely,

Carmela Tobey

Carmela Tobey
Customer Service Manager