# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

NINA SHAHIN

v.

STATE OF DELAWARE

DISTRICT COURT DOCKET NUMBER: 1:07-cv-373 GMS

DISTRICT COURT JUDGE: Gregory M. SLEET

Notice is hereby given that __Nina Shahin, Plaintiff__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on __November 14, 2007__
(date)

Dated: __No. 24, 2007__

_____ Pro Se _____
(Counsel for Appellant-Signature)

FILED
NOV 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned
NO IFP

| NONE | Attorney General of the State |
|---|---|
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| 103 Shinnecock Rd. | 820 N. French St. |
| (Address) | (Address) |
| Dover, DE 19904 | Wilmington, DE 19801 |
| (City, State Zip) | (City, State Zip) |
| (302) 678-1805 | (302) 577-8400 |
| (Telephone Number) | (Telephone Number) |

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.








**Misericordia**
NSF Young Scholars Program
Explorations in Mathematics and Biology

Nina Shahin, CPA, MAS, MST
103 Shinnecock Rd.
Dover, DE 19904

7001 2510 0004 5726 9366

U.S. POSTAGE PAID
DOVER, DE 19801
NOV 29, '07
AMOUNT
$6.28
00012057-07

U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RETURN RECEIPT
REQUESTED



RETURN RECEIPT
REQUESTED