FPS - 133                                                          DATE: January 9, 2008

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-4566

Shahin v. State of DE<br>(D. Del. 07-cv-00373)

To:  Clerk

   1)  Motion by Appellant for leave to appeal in forma pauperis

---

     The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated: January 18, 2008
par/cc: N.S.
      Atty Gen DE