BLD-144
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 07-4566
_____

NINA SHAHIN,
Appellant
v.
STATE OF DELAWARE

_____

Appeal From the United States District Court
For the District of Delaware
(D.C. Civil No. 07-cv-00373)
District Judge: Gregory M. Sleet

_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 28, 2008

Before: McKEE, RENDELL and SMITH, Circuit Judges
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 28, 2008. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the appeal is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron
Clerk

Dated: March 31, 2008



**Certified as a true copy and issued in lieu of a formal mandate on** 05/12/08

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 12, 2008

Mr. Peter T Dalleo
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 18
Wilmington, DE 19801-3519

RE: Shahin v. State of DE
Case Number: 07-4566
District Case Number: 07-cv-00373

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.
Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Phyllis A. Ruffin*

Phyllis A. Ruffin, Case Manager
267-299-4918
cc: Judy O. Hodas, Esq.   Nina Shahin

BLD-144
NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 07-4566
_____

NINA SHAHIN,
Appellant

v.

STATE OF DELAWARE
_____

Appeal From the United States District Court
For the District of Delaware
(D.C. Civil No. 07-cv-00373)
District Judge: Gregory M. Sleet
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 28, 2008

Before: McKEE, RENDELL and SMITH, Circuit Judges

(Filed March 31, 2008 )
_____

OPINION OF THE COURT
_____

PER CURIAM

Nina Shahin appeals pro se from the District Court's order dismissing her

complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Because we conclude that

this appeal is frivolous as well, we will dismiss it pursuant to § 1915(e)(2)(B).

The background of this case is known to the parties and has been ably summarized by the District Court. Briefly, Shahin filed a civil rights complaint against the State of Delaware, alleging that her civil rights were violated in connection with three state court proceedings that were resolved unfavorably to her. According to Shahin, a state court judge denied her due process in the first proceeding by, among other things, refusing to let her question a witness. She alleges that the judge in the second proceeding "rushed to judgment" and colluded with opposing counsel in awarding attorney's fees against her. Finally, she alleges that the hearing in the third proceeding was "rigged," that the transcript was falsified, and that the judge improperly allowed a certain witness to remain present throughout the proceedings. The sole relief she seeks is monetary damages in the amount of $3,000,000.

The District Court granted Shahin leave to proceed in forma pauperis, then screened her complaint pursuant to § 1915(e)(2) and dismissed it as frivolous. In particular, the District Court explained that Shahin's claim for monetary damages against the State of Delaware, including its judiciary, is absolutely barred by the State's Eleventh Amendment immunity. See MCI Telecom. Corp. v. Bell Atlantic of Pa., 271 F.3d 491, 503 (3d Cir. 2001). The District Court also explained that, although Shahin had not named any members of the Delaware judiciary as defendants, any claims for monetary damages against them for actions undertaken in their judicial capacity would be

absolutely barred by judicial immunity.  See Mireles v. Waco, 502 U.S. 9, 11 (1991).  Shahin appeals, and we have jurisdiction pursuant to 28 U.S.C. § 1291.

Shahin is proceeding in forma pauperis, so we review this appeal to determine whether it should be dismissed as frivolous pursuant to § 1915(e)(2)(B).  An appeal is frivolous if it "lacks an arguable basis in law or in fact."  Neitzke v. Williams, 490 U.S. 319, 325 (1989).  We agree that Shahin's complaint was frivolous, and that amendment would be futile, for the reasons explained by the District Court.  Our independent review reveals that, for those same reasons, there is no arguable basis to challenge the District Court's ruling on appeal.  Accordingly, this appeal will be dismissed.